**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**LI JIANG LIU,**

**Plaintiff,**

**v.**

**Civil Action 2:26-cv-957**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

**TORY BURCH LLC, *et al.*,**

**Defendants.**

**ORDER**

This matter is before the Court on the parties' Joint Motion to Stay Proceedings Pending Mediation (ECF No. 14). For good cause shown, the Motion is **GRANTED**. This case is **STAYED** through **JANUARY 11, 2027**. The parties are **ORDERED** to file a joint written **REPORT** detailing the status of this case **ON OR BEFORE JANUARY 11, 2027**.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE